## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: United States of America v. Larmore    Docket No.: 25-774

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:

Name: Justin V. Rodriguez

Firm: United States Attorney's Office for the Southern District of New York

Address: 26 Federal Plaza, New York, New York 10278

Telephone: (212) 637-2591    Fax: (212) 637-2443

E-mail: justin.rodriguez@usdoj.gov

Appearance for: United States of America/Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: Nathan Rehn/U.S. Attorney's Office for the Southern District of New York)
(name/firm)

☐ Amicus (in support of : _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Justin V. Rodriguez

Type or Print Name: Justin V. Rodriguez