S.D.N.Y
24-cr-140
Engelmayer, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of June, two thousand twenty-five.

Present:
>Raymond J. Lohier, Jr.,
Susan L. Carney,
Myrna Pérez,
>>*Circuit Judges*.

---

United States of America,

>*Appellee*,

>v.                                                                  25-774

Jonathan Moynahan Larmore,

>*Defendant-Appellant*.

---

Appellant Jonathan Larmore moves for bail pending appeal. Upon due consideration, it is hereby ORDERED that the motion to grant bail pending appeal is DENIED. *See* 18 U.S.C. § 3143(b); *United States v. Randell*, 761 F.2d 122, 125 (2d Cir. 1985).

The administrative stay issued on May 16, 2025 is VACATED.

>FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 06/16/2025