

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 18, 2025

By ACMS

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    **United States v. Jonathan Moynahan Larmore**
                 **Docket No. 25-774**

Dear Ms. Wolfe:

      Pursuant to this Court's procedures for the setting of deadlines for filing briefs in criminal appeals, the Government respectfully submits this letter to advise the Court and its adversary that it intends to file its brief on appeal on or before October 14, 2025.

      In addition, the Government requests permission to file, as needed, a supplemental appendix with its brief on appeal in order to satisfy the requirements of Fed. R. App. P. 30 or to provide parts of the record that will assist the Court in resolving the questions presented on appeal.

                                         Respectfully submitted,

                                         JAY CLAYTON
                                         United States Attorney

                                 By: /s/ Justin V. Rodriguez
                                     Justin V. Rodriguez
                                     Assistant United States Attorney
                                     Tel: (212) 637-2591

cc:  Bradley J. Bondi, Esq. (via ACMS)
      Renato Mariotti, Esq. (via ACMS)